UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL HENRY HEARN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05cv285 |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |

## MEMORANDUM OPINION

This matter is before the Court for consideration of plaintiff's application to proceed *in forma pauperis* and *pro se* complaint. The Court will grant the application, and dismiss the complaint.

Plaintiff had filed a habeas action in this district, which the Court transferred to the United States District Court for the Southern District of Mississippi. Dissatisfied with that court's ruling, plaintiff purports to file a motion for relief from judgment or order pursuant to Rule 60(b) of the Federal Rules of Civil Procedure.

The courts of appeals "shall have jurisdiction of appeals from all final decisions of the district courts of the United States." 28 U.S.C. § 1291. This Court cannot review decisions rendered by another district court.

The Court will dismiss this action for lack of subject matter jurisdiction. An Order consistent with this Memorandum Opinion will be issued separately on this same date.

DATE: 2 Aug 2005

Rosemary M. Collyer
United States District Judge